# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2014

148750

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

RAYMOND STRUDGEON,
                    Plaintiff-Appellant,

v                                                                  SC: 148750
                                                                   COA: 316965
                                                                   MCAC: 12-000027

BURT WATSON CHEVROLET-PONTIAC,
L.L.C.,
                    Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the January 9, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



t0519

Clerk